UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARAH JEAN MARKEL,

        Plaintiff,                     Case no. 13-11196
                                          Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Mark A. Randon's September 27, 2013 report and recommendation. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: October 30, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, October 30, 2013, using the ECF system.

                                            s/William Barkholz
                                            Case Manager